UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

RONALD D. MORTON, SR.  Case No.  00-56579-MBM

Chapter  13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Thousand Ninety-One and 20/100 dollars ($2,091.20), of unclaimed funds held in the U.S. Treasury to:

NCO Financial Systems, Inc.
c/o Nancy C. McMillan
American Property Locators, Inc.
3855 S. Boulevard, Ste. 200
Edmond, OK 73013

Marci B. McIvor
United States Bankruptcy Judge

Dated: MAY 29 2007

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
Deputy Clerk